

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00194-CV

Champe **CARTER**, Erin Bailey Carter, Paige Parker, and Melanie Parker,
Appellants

v.

Gregory Robert **BALL**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15522
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

We order that appellee Gregory Robert Ball recover his costs of this appeal from appellants
Champe Carter, Erin Bailey Carter, Paige Parker, and Melanie Parker.

SIGNED October 9, 2019.

_____
Beth Watkins, Justice